**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF MICHIGAN - SOUTHERN DIVISION

Case number *(if known)* Chapter **11**

o Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

**1. Debtor's name**

**Sweet Racks & Smokin' Butts BBQ, LLC**

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)

**83-3647447**

**4. Debtor's address**

**Principal place of business**

**4696 22nd Ave.**
**Hudsonville, MI 49426**
Number, Street, City, State & ZIP Code

**Ottawa**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

**2996 28th St SW Grandville, MI 49418**
Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)

**https://sweetrackssmokinbutts.com/**

**6. Type of debtor**

n Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

o Partnership (excluding LLP)

o Other. Specify:

Debtor **Sweet Racks & Smokin' Butts BBQ, LLC** Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*

- o Health Care Business (as defined in 11 U.S.C. § 101(27A))
- o Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- o Railroad (as defined in 11 U.S.C. § 101(44))
- o Stockbroker (as defined in 11 U.S.C. § 101(53A))
- o Commodity Broker (as defined in 11 U.S.C. § 101(6))
- o Clearing Bank (as defined in 11 U.S.C. § 781(3))
- n None of the above

B. *Check all that apply*

- o Tax-exempt entity (as described in 26 U.S.C. §501)
- o Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- o Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**7225**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- o Chapter 7
- o Chapter 9
- n Chapter 11. *Check **all** that apply*:
  - n Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - n The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - n The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - o A plan is being filed with this petition.
  - o Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - o The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - o The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- o Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- n No.
- o Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | | When | | Case number | |
| District | | When | | Case number | |

Debtor **Sweet Racks & Smokin' Butts BBQ, LLC** Case number (*if known*)
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

n No
o Yes.

List all cases. If more than 1, attach a separate list

Debtor ______ Relationship ______
District ______ When ______ Case number, if known ______

**11. Why is the case filed in *this district?***

*Check all that apply:*

n Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

o A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

n No
o Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

o It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? ______

o It needs to be physically secured or protected from the weather.

o It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

o Other ______

**Where is the property?** ______
Number, Street, City, State & ZIP Code

**Is the property insured?**

o No
o Yes. Insurance agency ______
Contact name ______
Phone ______

## Statistical and administrative information

**13. Debtor's estimation of available funds** .

*Check one:*

n Funds will be available for distribution to unsecured creditors.

o After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| n 1-49 | o 1,000-5,000 | o 25,001-50,000 |
| o 50-99 | o 5001-10,000 | o 50,001-100,000 |
| o 100-199 | o 10,001-25,000 | o More than100,000 |
| o 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| n $0 - $50,000 | o $1,000,001 - $10 million | o $500,000,001 - $1 billion |
| o $50,001 - $100,000 | o $10,000,001 - $50 million | o $1,000,000,001 - $10 billion |
| o $100,001 - $500,000 | o $50,000,001 - $100 million | o $10,000,000,001 - $50 billion |
| o $500,001 - $1 million | o $100,000,001 - $500 million | o More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| o $0 - $50,000 | o $1,000,001 - $10 million | o $500,000,001 - $1 billion |

Debtor **Sweet Racks & Smokin' Butts BBQ, LLC** Case number (*if known*)
Name

| | | |
|---|---|---|
| o $50,001 - $100,000 | o $10,000,001 - $50 million | o $1,000,000,001 - $10 billion |
| n $100,001 - $500,000 | o $50,000,001 - $100 million | o $10,000,000,001 - $50 billion |
| o $500,001 - $1 million | o $100,000,001 - $500 million | o More than $50 billion |

Debtor **Sweet Racks & Smokin' Butts BBQ, LLC**
Name

Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **October 20, 2026**
MM / DD / YYYY

X **/s/ Josh Hance**
Signature of authorized representative of debtor

**Josh Hance**
Printed name

Title **President**

**18. Signature of attorney**

X **/s/ Max J. Newman**
Signature of attorney for debtor

Date **October 20, 2026**
MM / DD / YYYY

**Max J. Newman**
Printed name

**Butzel Long, a professional corporation**
Firm name

**201 West Big Beaver**
**Suite 1200**
**Troy, MI 48084**
Number, Street, City, State & ZIP Code

Contact phone **(248) 258-1616**

Email address

**(P51483) MI**
Bar number and State