# United States Bankruptcy Court
## Western District of Michigan - Southern Division

In re **Sweet Racks & Smokin' Butts BBQ, LLC** Case No. 
Debtor(s) Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **October 20, 2026**

**/s/ Josh Hance**
**Josh Hance**/**President**
Signer/Title