ASPIRE
50 TICE BLVD
WOODCLIFF LAKE NJ 07677

CHANNEL/INNOVATIVE LEASE SOLUT
10900 WAYZATA BLVD
STE. 300
HOPKINS MN 55305

DOORDASH
303 2ND STREET
SOUTH TOWER
STE. 800
SAN FRANCISCO CA 94107

DREAM/LEXINGTON RECOVERY
20200 W. DIXIE HWY
UNIT 709
MIAMI FL 33180

FIRSTLINE
1108 WASHINGTON AVE. S
MADISON SD 57042

JOSHUA HANCE
4696 22ND AVE.
HUDSONVILLE MI 49426

JOSHUA HANCE
4696 22ND AVENUE
HUDSONVILLE MI 49426

LIQUIDITY ACCESS
25 MELVILLE PARK RD., STE. 60
MELVILLE NY 11747

PEERBOLT
400 E. WASHINGTON AVE.
ZEELAND MI 49464

RISE ALLIANCE
22 W. 38TH ST.
NEW YORK NY 10018

ROBERT HANCE
9453 BENJAMIN DR.
NEWAYGO MI 49337

SIMPLY FUNDING LLC
45 BROADWAY
NEW YORK NY 10006

SMARTER MERCHANT
460 PARK AVE. S
NEW YORK NY 10011

SQUARE
1455 MARKET STREET, STE. 600
SAN FRANCISCO CA 94103

STEVEN RIVERS
6128 E. FIELDSTONE HILLS DR.
SE #10
CALEDONIA MI 49316