# United States Bankruptcy Court
## Western District of Michigan - Southern Division

In re **Sweet Racks & Smokin' Butts BBQ, LLC**
Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Christopher Ashley Keener**<br>**17608 Pearl St.**<br>**Bailey, MI 49303** | **Member** | **4%** | **Member** |
| **Jennifer Ann Hance**<br>**4696 22nd Ave.**<br>**Hudsonville, MI 49426** | **Member** | **4** | |
| **Joshua Robert Hance**<br>**4696 22nd Ave.**<br>**Hudsonville, MI 49426** | | **84%** | **Member** |
| **Robert Lewis Hance**<br>**9453 Benjamin Dr.**<br>**Newaygo, MI 49337** | **Member** | **4%** | **Member** |
| **Steven Carl Rivers** | | **4%** | **Member** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **October 20, 2026**

Signature **/s/ Josh Hance**
**Josh Hance**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.