| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Sweet Racks & Smokin' Butts BBQ, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF MICHIGAN - SOUTHERN DIVISION** |
| Case number (if known): | |

o Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Aspire<br>50 Tice Blvd<br>Woodcliff Lake, NJ 07677 | | Accounts | Contingent<br>Unliquidated<br>Disputed | $37,000.00 | $0.00 | $37,000.00 |
| Channel/Innovative Lease Solut<br>10900 Wayzata Blvd Ste. 300<br>Hopkins, MN 55305 | | Accounts | Contingent<br>Unliquidated<br>Disputed | $24,000.00 | $0.00 | $24,000.00 |
| Dream/Lexington Recovery<br>20200 W. Dixie Hwy Unit 709<br>Miami, FL 33180 | | Accounts | Contingent<br>Unliquidated<br>Disputed | $30,600.00 | $0.00 | $30,600.00 |
| FirstLine<br>1108 Washington Ave. S<br>Madison, SD 57042 | | Accounts | Contingent<br>Unliquidated<br>Disputed | $19,600.00 | $0.00 | $19,600.00 |
| Liquidity Access<br>25 Melville Park Rd., Ste. 60<br>Melville, NY 11747 | | Accounts | Contingent<br>Unliquidated<br>Disputed | $28,106.00 | $0.00 | $28,106.00 |
| Peerbolt<br>400 E. Washington Ave.<br>Zeeland, MI 49464 | | Trade debt | Contingent<br>Unliquidated<br>Disputed | | | $43,000.00 |
| Robert Hance<br>9453 Benjamin Dr.<br>Newaygo, MI 49337 | | Loan | | | | $80,000.00 |
| Smarter Merchant<br>460 Park Ave. S<br>New York, NY 10011 | | Accounts | Contingent<br>Unliquidated<br>Disputed | $19,400.00 | $0.00 | $19,400.00 |
| Square<br>1455 Market Street, Ste. 600<br>San Francisco, CA 94103 | | | | | | $42,000.00 |

Debtor **Sweet Racks & Smokin' Butts BBQ, LLC**
Name

Case number *(if known)*

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Steven Rivers<br>6128 E. Fieldstone Hills Dr.<br>SE #10<br>Caledonia, MI 49316** | | | | | | **$8,000.00** |